

May 9, 2022

C M Adler LLC
3598 Vicari Avenue
Toms River, NJ 08755

      Re:    Store Door Distributor Agreement dated March 7, 2014 (the "Agreement") between you and Gruma Corporation dba Mission Foods ("Gruma")

Dear C M Adler LLC:

    Please be advised that, effective June 12, 2022, the above-referenced Agreement is hereby terminated without cause pursuant to Subsection 10(b) of the Agreement (termination without cause). In accordance with Subsection 10(b), Gruma shall pay you, within 30 days after the date of termination, an amount equal to the excess (if any) of (i) the "Formula Value" as of the date of this notice over (ii) the "Initial Formula Value" (as such terms are defined in the Agreement).

    Subsection 10(c) of the Agreement provides that upon any termination (for any reason) of the Agreement, you shall return or cause to be returned to Gruma all equipment, decals, advertising materials, promotional items, and similar materials (other than materials which, at the time of termination, are being used at customer locations) furnished by Gruma in connection with the Agreement and not previously returned to Gruma or expended in sales activities. Please contact Ernestine Barrera to make arrangements for the return of such items to Gruma no later than 5 days after the termination of the Agreement.

    Section 12 of the Agreement provides that immediately upon any termination of the Agreement, you shall remove any logos, signs, or decals from any vehicles used by you (or your Distributor's Representatives) which reflect any of Gruma's trademarks, or any artwork, titles, expressions, or trade dress associated therewith (collectively, "Gruma's Proprietary Rights"), and that you shall cease all other use of Gruma's Proprietary Rights, and shall not thereafter use any of Gruma's Proprietary Rights or any other trademarks, artwork, titles, expressions, or trade dress so nearly resembling any portion of Gruma's Proprietary Rights as would be likely to lead to confusion or uncertainty or to deceive the public. Gruma will expect you to comply fully with such Section 12, as well as all other provisions of the Agreement which relate to or survive the termination thereof.

    Except to the extent otherwise provided in this letter, payments of amounts owing to you by Gruma, or to Gruma by you, with respect to sales of Products effected prior to termination of the Agreement shall be made in the ordinary course of business in accordance with Gruma's ordinary accounting cycle.

                                                           Very truly yours,

                                                         Gruma Corporation, a Nevada
                                                         corporation dba Mission Foods