UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Charles M. Adler, Grant Adler, and C.M.
*Plaintiff*

v.

Gruma Corporation, d/b/a Mission Foods
*Defendant*

Civil Action No. 3:22-cv-06598

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Charles L. Adler, Grant Adler and C.M. Adler, LLC__, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

### OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s Lino J. Sciarretta
Signature of Attorney

Bleakley Platt & Schmidt, LLP
Address

One No. Lexington Ave., 4th Flr.
White Plains, NY  10601
City/State/Zip

11/14/2022
Date

DNJ-CMECF-005 (10/2018)