UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHARLES L. ADLER, GRANT ADLER, and C. M. ADLER, LLC,

    Plaintiffs,

v.

GRUMA CORPORATION D/B/A MISSION FOODS and GUERRERO MEXICAN FOOD PRODUCTS, ETC.,

    Defendant.

Civil Action No. 22-06598 (RK) (JBD)

**ORDER**

**KIRSCH, District Judge**

    **THIS MATTER** comes before the Court on a Motion to Dismiss and Compel Arbitration filed by Defendant Gruma Corporation d/b/a Mission Foods and Guerrero Mexican Food Products ("Defendant"). (ECF No. 7.) The Court has carefully considered the parties' submissions and decides the motion without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in its Opinion filed on this date, and for good cause shown,

    **IT IS** on this 13th day of November, 2023,

    **ORDERED** that Defendant's Motion to Dismiss and Compel Arbitration on ECF No. 7 is **GRANTED**, and it is further

    **ORDERED** that Plaintiffs shall submit their claims to arbitration in accordance with the parties' agreement to arbitrate; and it is further

    **ORDERED** that Plaintiffs' Complaint is **DISMISSED**; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**